UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                          Case No. 16-12401-RAM

NEW WORLD CONDOMINIUM APARTMENTS                                Chapter 11
IV CONDOMINIUM ASSOCIATION, INC.,

        Debtor.
_____/

## DEBTOR IN POSSESSION'S AMENDMENT TO SCHEDULES

Debtor, New World Condominium Apartments IV Condominium Association, Inc., ("Debtor"), by and through undersigned counsel hereby amends its schedule as follows:

1. <u>Schedule A/B: Assets - Real and Personal Property</u> - Add the following:

    Cash, Cash Equivalents and Financial Assets:

    Bradley A. Friedman, P.A.
    10800 Biscayne Blvd., Suite 988
    Miami, FL 33161.
    Amount Being Held in Escrow by Debtor's Real Estate Counsel
    for costs and fees:    $8,600.00

2. <u>Schedule of Unit Owners of the Debtor's Condominium Association</u>

    Added as Interested Parties, not Creditors
    See Schedule "A" attached hereto.

3. A revised Summary of Schedules is attached hereto and incorporated herein.

DATED this 10th day of March, 2016.

                              GAMBERG & ABRAMS
                              Counsel To Debtor
                              4651 Sheridan Street, Suite 200
                              Hollywood, FL 33021
                              (954) 981-4411
                              Telefax - (954) 966-6259

BY: _____
       JAY M. GAMBERG
       FL Bar No. 178235
       Jaygamberg@gamberglaw.com
       Lbernstein@gamberglaw.com

## VERIFICATION

I, WILLIAM PUCKETT, President of the Debtor in this case, declare under penalty of perjury that I have read the foregoing **Debtor's Amendment To Schedules**, and that it is true and correct to the best of my information and belief.

Date: 3/10/16

WILLIAM PUCKETT
President - Debtor In Possession
New World Condominium Apartments IV
Condominium Association, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF and served upon all parties receiving service via the Court's and by U.S. Mail on that a true and correct copy of the foregoing was furnished by U.S. Mail to the Interested Parties listed on the attached Schedule (together with a copy of the Notice Of Commencement Of Case/Proof Of Claim form), this 14th day of March, 2016.

BY: _____
JAY M. GAMBERG

**Fill in this information to identify the case:**

Debtor name: NEW WORLD CONDOMINIUM APARTMENTS IV CONDOMINIUM ASSOCIATION INC.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 16-12401

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 355,191.56

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 355,191.56

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 314,942.54

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 323,741.54

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 262,808.39

4. **Total liabilities** ....................................................................................................... $ 901,492.47
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **NEW WORLD CONDOMINIUM APARTMENTS IV CONDOMINIUM ASSOCIATION INC.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): **16-12401**

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor        Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*
   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

4. Other cash equivalents *(Identify all)*

   4.1. Escrowed monies being held by Debtor's real estate counsel, Bradley A. Friedman, P.A. for fees and costs.          $8,600.00

5. **Total of Part 1.**          **$8,600.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. Does the debtor own any investments?

    ☒ No. Go to Part 5.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 1

Debtor  **NEW WORLD CONDOMINIUM APARTMENTS IV CONDOMINIUM ASSOCIATION INC.**  Case number *(If known)* **16-12401**
Name

☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **NEW WORLD CONDOMINIUM APARTMENTS IV CONDOMINIUM ASSOCIATION INC.**  Case number *(If known)* **16-12401**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $8,600.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*..............................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,600.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,600.00 |

| | | |
|---|---|---|
| June Investments<br>2101 Brickell Avenue #502<br>Miami, FL 33129 | Colleen Dammar Davis<br>505 NW 177th Street #104<br>Miami Gardens, FL 33169 | Gregory Raines<br>505 NW 177th Street #107<br>Miami Gardens, FL 33169 |
| James Simpson<br>13291 SW 108th Street<br>Circle North<br>Miami, FL 33169 | Irene Acosta<br>505 NW 177th Street #109<br>Miami Gardens, FL 33169 | Ruth Hernandez<br>395 NW 177th Street #115<br>Miami Gardens, FL 33169 |
| Gwendolyn George<br>505 NE 177th Street #111<br>Miami Gardens, FL 33169 | Zelphia Morales<br>505 NW 177th Street #112<br>Miami Gardens, FL 33169 | Elaine Thompson<br>505 NW 177th Street #114<br>Miami Gardens, FL 33169 |
| Leia Caitlyn<br>18441 NW 2nd Ave, Ste 505<br>Miami Gardens, FL 33169 | Dania Ocasio<br>1012 S. 26th Avenue<br>Hollywood, FL 33020 | Andy Auguste<br>2522 SW 83rd Terrace<br>Miramar, FL 33025 |
| Geraldine Rawlins<br>505 NW 177th Street #118<br>Miami Gardens, FL 33169 | Immacula Mohamed<br>505 NW 177th Street #119<br>Miami Gardens, FL 33169 | Juan Carlos Parra<br>17400 NW 37th Avenue<br>Miami, FL 33056 |
| Karel Gonzalez<br>9239 SW 209th Terrace<br>Miami, FL 33189 | Jimmy Vacas<br>41-56 76th Street, 3rd Floor<br>Elmhurst, NY 11373 | Mercedes Montero<br>505 NW 177th Street #132<br>Miami Gardens, FL 33169 |
| Deslyn Buchanan<br>505 NW 177th Street #133<br>Miami Gardens, FL 33169 | Ahmed Elfeki<br>1698 Jefferson Avenue #20<br>Miami Beach, FL 33139 | Lurline Harris<br>505 NW 177th Street #140<br>Miami Gardens, FL 33169 |
| Sonia Guthrie<br>6004 NE 201 Terrace<br>Hialeah, FL 33015 | Jeffrey Scott<br>505 NW 177th Street #142<br>Miami Gardens, FL 33169 | Dwayne Smith<br>505 NW 177th Street #144<br>Miami Gardens, FL 33169 |
| Julia Ali John<br>505 NW 177th Street #146<br>Miami Gardens, FL 33169 | Percival Simpson<br>13291 SW 108th Street<br>Circle North<br>Miami, FL 33186 | Thomas Preal<br>505 NW 177th Street #208<br>Miami Gardens, FL 33169 |
| A Dames Harris<br>P.O. Box 120974<br>Ft. Lauderdale, FL 33132 | Sandy Givens<br>505 NW 177th Street #214<br>Miami Gardens, FL 33169 | Marilyn Hernandez<br>766 W 36th Street<br>Hialeah, FL 33012 |

EXHIBIT A

| | | |
|---|---|---|
| Grace Thompson<br>505 NW 177th Street #218<br>Miami Gardens, FL 33169 | Amanda Megl<br>17400 NW 37th Avenue<br>Miami, FL 33056 | William Puckett<br>17400 NW 37th Avenue<br>Miami Gardens, FL 33169 |
| Antoine Desilmond<br>505 NW 177th Street #223<br>Miami Gardens, FL 33169 | Doris Gayle<br>595 NW 153rd Street<br>Miami, FL 33169 | Linda Gonzalez<br>18768 NW 79th Way<br>Hialeah, FL 33015 |
| Valerie Fracis<br>1320 NW 172nd Street<br>Miami, FL 33169 | Beryl Brown<br>505 NW 177th Street #232<br>Miami Gardens, FL 33169 | Marie Bleus<br>402 NW 146th Terrace<br>Miami, FL 33161 |
| Jorge Berdeal<br>2401 NW 104th Street<br>Miami, FL 33147 | Lorna Moses<br>505 NW 177th Street #237<br>Miami Gardens, FL 33169 | Patrick Bryant<br>505 NW 177th Street #238<br>Miami Gardens, FL 33169 |
| Mercedes Montero<br>505 NW 177th Street #239<br>Miami Gardens, FL 33169 | J. Orellana/M. Raudales<br>505 NW 177th Street #240<br>Miami Gardens, FL 33169 | Tamika Hall<br>505 NW 177th Street #241<br>Miami Gardens, FL 33169 |
| Garfield Mignott<br>505 NW 177th Street #242<br>Miami Gardens, FL 33169 | Lorna Lee/T. Caldwell<br>505 NW 177th Street #244<br>Miami Gardens, FL 33169 | Eula Safford<br>505 NW 177th Street #245<br>Miami Gardens, FL 33169 |
| Joseph Demeus<br>505 NW 177th Street #246<br>Miami Gardens, FL 33169 | | |