UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                          Case No. 16-12401-RAM

NEW WORLD CONDOMINIUM APARTMENTS                Chapter 11
IV CONDOMINIUM ASSOCIATION, INC.,

        Debtor.
_____/

## CERTIFICATE OF SERVICE BY MAIL

**I HEREBY CERTIFY** that a true copy of Debtor in Possession's Amendment to Schedules and Notice of Meeting of Creditors was served by U.S. Mail upon the Interested Parties listed on Exhibit "A" attached hereto, this 15th day of March, 2016:

Respectfully submitted this 16th day of March, 2016.

                                          GAMBERG & ABRAMS
                                          Counsel to Debtor
                                          4651 Sheridan Street
                                          Suite 200
                                          Hollywood, FL 33021
                                          Telephone: (954) 981-4411
                                          Facsimile: (954) 966-6259

                                          By:_____
                                             JAY M. GAMBERG
                                             Fla. Bar No: 178235
                                             Jaygamberg@gamberglaw.com;
                                             Lbernstein@gamberglaw.com;

June Investments
2101 Brickell Avenue #502
Miami, FL 33129

Colleen Dammar Davis
505 NW 177th Street #104
Miami Gardens, FL 33169

Gregory Raines
505 NW 177th Street #107
Miami Gardens, FL 33169

James Simpson
13291 SW 108th Street
Circle North
Miami, FL 33169

Irene Acosta
505 NW 177th Street #109
Miami Gardens, FL 33169

Ruth Hernandez
395 NW 177th Street #115
Miami Gardens, FL 33169

Gwendolyn George
505 NE 177th Street #111
Miami Gardens, FL 33169

Zelphia Morales
505 NW 177th Street #112
Miami Gardens, FL 33169

Elaine Thompson
505 NW 177th Street #114
Miami Gardens, FL 33169

Leia Caitlyn
18441 NW 2nd Ave, Ste 505
Miami Gardens, FL 33169

Dania Ocasio
1012 S. 26th Avenue
Hollywood, FL 33020

Andy Auguste
2522 SW 83rd Terrace
Miramar, FL 33025

Geraldine Rawlins
505 NW 177th Street #118
Miami Gardens, FL 33169

Immacula Mohamed
505 NW 177th Street #119
Miami Gardens, FL 33169

Juan Carlos Parra
17400 NW 37th Avenue
Miami, FL 33056

Karel Gonzalez
9239 SW 209th Terrace
Miami, FL 33189

Jimmy Vacas
41-56 76th Street, 3rd Floor
Elmhurst, NY 11373

Mercedes Montero
505 NW 177th Street #132
Miami Gardens, FL 33169

Deslyn Buchanan
505 NW 177th Street #133
Miami Gardens, FL 33169

Ahmed Elfeki
1698 Jefferson Avenue #20
Miami Beach, FL 33139

Lurline Harris
505 NW 177th Street #140
Miami Gardens, FL 33169

Sonia Guthrie
6004 NE 201 Terrace
Hialeah, FL 33015

Jeffrey Scott
505 NW 177th Street #142
Miami Gardens, FL 33169

Dwayne Smith
505 NW 177th Street #144
Miami Gardens, FL 33169

Julia Ali John
505 NW 177th Street #146
Miami Gardens, FL 33169

Percival Simpson
13291 SW 108th Street
Circle North
Miami, FL 33186

Thomas Preal
505 NW 177th Street #208
Miami Gardens, FL 33169

A Dames Harris
P.O. Box 120974
Ft. Lauderdale, FL 33132

Sandy Givens
505 NW 177th Street #214
Miami Gardens, FL 33169

Marilyn Hernandez
766 W 36th Street
Hialeah, FL 33012


EXHIBIT A

| | | |
|---|---|---|
| Grace Thompson<br>505 NW 177th Street #218<br>Miami Gardens, FL 33169 | Amanda Megl<br>17400 NW 37th Avenue<br>Miami, FL 33056 | William Puckett<br>17400 NW 37th Avenue<br>Miami Gardens, FL 33169 |
| Antoine Desilmond<br>505 NW 177th Street #223<br>Miami Gardens, FL 33169 | Doris Gayle<br>595 NW 153rd Street<br>Miami, FL 33169 | Linda Gonzalez<br>18768 NW 79th Way<br>Hialeah, FL 33015 |
| Valerie Fracis<br>1320 NW 172nd Street<br>Miami, FL 33169 | Beryl Brown<br>505 NW 177th Street #232<br>Miami Gardens, FL 33169 | Marie Bleus<br>402 NW 146th Terrace<br>Miami, FL 33161 |
| Jorge Berdeal<br>2401 NW 104th Street<br>Miami, FL 33147 | Lorna Moses<br>505 NW 177th Street #237<br>Miami Gardens, FL 33169 | Patrick Bryant<br>505 NW 177th Street #238<br>Miami Gardens, FL 33169 |
| Mercedes Montero<br>505 NW 177th Street #239<br>Miami Gardens, FL 33169 | J. Orellana/M. Raudales<br>505 NW 177th Street #240<br>Miami Gardens, FL 33169 | Tamika Hall<br>505 NW 177th Street #241<br>Miami Gardens, FL 33169 |
| Garfield Mignott<br>505 NW 177th Street #242<br>Miami Gardens, FL 33169 | Lorna Lee/T. Caldwell<br>505 NW 177th Street #244<br>Miami Gardens, FL 33169 | Eula Safford<br>505 NW 177th Street #245<br>Miami Gardens, FL 33169 |
| Joseph Demeus<br>505 NW 177th Street #246<br>Miami Gardens, FL 33169 | | |