**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

In re:                                                        Case No. 16-12401-RAM

**NEW WORLD CONDOMINIUM APARTMENTS**                         Chapter 11
**IV CONDOMINIUM ASSOCIATION, INC.,**

                         **Debtor.**
_____/

### NOTICE OF FILING MONTHLY OPERATING REPORT
### PERIOD OF 02/22/16 TO 02/29/2016

New World Condominium Apartments IV Condominium Association, Inc., Debtor and Debtor in

Possession, by and through undersigned counsel, hereby files its Monthly Operating Report for the

period of February 22, 2016 through February 29, 2016.

GAMBERG & ABRAMS
4651 Sheridan Street
Suite 200
Hollywood, FL 33021
Telephone : (954) 981-4411
Facsimile: (954) 966-6259

By:_____
        JAY M.  GAMBERG
        Fla.  Bar No.  178235
        Jaygamberg@gamberglaw.com;
        Lbernstein@gamberglaw.com;

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN RE:
New World Condominium
Apts IV Condominium Assoc. Inc.

CASE NUMBER
16-12401-RAM

JUDGE Robert A. Mark

DEBTOR.

CHAPTER 11

## DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM 02/22 TO 02/28/2016

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

505 NW 177 St.

MIAMI, FL 33169

CONTACT: WILLIAM Puckett

(305) 502-6811

Attorney's Address
and Phone Number:

4651 SHERIDAN ST., #200

HOLLYWOOD, FL 33021

(954) 981-4411

_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING _2/22/16_ AND ENDING _2/29/2016_

Name of Debtor: _New World Condominium Apt IV_ Case Number _16-12401-RAM_

Date of Petition: _2/22/16_

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 40,000.00 (a) | 40,000.00 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 8462.85 | 8462.85 |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 8462.85 | 8462.85 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 48462.85 | 48,462.85 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | 860.00 | 860.00 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | 900.00 | 900.00 |
| L. Rent | | |
| M. Repairs & Maintenance | 580.00 | 580.00 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 2340.00 | 2340.00 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 46122.85 (c) | 46122.85 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _18_ day of _March_ 20_16_

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

| UNIT# | NAME | MAINT |
|---|---|---|
| 101 | JUNE INVESTMENTS | $ 221.00 |
| 102 | SANTA BARBARA LLC | $ 260.00 |
| 103 | ERVIC LLC | $ 354.00 |
| 104 | COLLEEN DAMMAR DAVIS | $ 260.00 |
| 105 | TRINITY FINANCIAL | $ 260.00 |
| 106 | NEW WORLD CONDO | $ 221.00 |
| 107 | GREGORY RAINES | $ 221.00 |
| 108 | JAMES SIMPSON | $ 260.00 |
| 109 | IRENE ACOSTA | $ 260.00 |
| 110 | RUTH HERNANDEZ | $ 260.00 |
| 111 | GWEDOLYN GEORGE | $ 260.00 |
| 112 | ZELPHIA MORALES | $ 216.92 |
| 114 | ELAINE THOMPSON | $ 260.00 |
| 115 | LEIA CAITLYN | $ 354.00 |
| 116 | DANIA OCASIO | $ 260.00 |
| 117 | ANDY AUGUSTE | $ 260.00 |
| 118 | TREVOR RAWLINS | $ 354.00 |
| 119 | IMMACULA MOHAMED | $ 354.00 |
| 120 | MARTHA OROZCO BARROS | $ 221.00 |
| 121 | BERNARDO SOLARES | $ 260.00 |
| 122 | JUAN CARLOS PARRA | $ 260.00 |
| 123 | JUAN CARLOS PARRA | $ 260.00 |
| 124 | P&G FLORIDA GROUP | $ 260.00 |
| 125 | RAMICAL PROPERTIES LLC | $ 221.00 |
| 126 | KAREL GONZALEZ | $ 354.00 |
| 127 | GTEM HOLDINGS LLC | $ 260.00 |
| 128 | JIMMY VACAS | $ 260.00 |
| 129 | RUSOL & CO | $ 260.00 |
| 130 | LAWRENCER ENTERPRISE | $ 354.00 |
| | | $ 7,865.92 |

| UNIT# | NAME | MAINT |
|---|---|---|
| 131 | HILO HOLDINGS | $ 260.00 |
| 132 | MERCEDES MONTERO | $ 260.00 |
| 133 | DESLYN BUCHANAN | $ 354.00 |
| 134 | RAMICAL PROPERTIES LLC | $ 260.00 |
| 135 | JUAN CARLOS PARRA | $ 260.00 |
| 136 | MAGALI DESINOR JALIL | $ 260.00 |
| 137 | ANNETTE DANCE | $ 260.00 |
| 138 | AHMED ELFEKI | $ 260.00 |
| 139 | JEBEL FLORIDA HOLDINGS # | $ 260.00 |
| 140 | LURLINE HARRIS | $ 221.00 |
| 141 | SONIA GUTHRIE | $ 221.00 |
| 142 | JEFFREY SCOTT | $ 260.00 |
| 143 | JUAN CARLOS PARRA | $ 260.00 |
| 144 | DWAYNE SMITH | $ 354.00 |
| 145 | JUAN CARLOS PARRA | $ 221.00 |
| 146 | JULIA ALI JOHN | $ 221.00 |
| 201 | PERCIVAL SIMPSON | $ 221.00 |
| 202 | PIXAN LLC | $ 260.00 |
| 203 | NEW WORLD CONDO | $ 354.00 |
| 204 | LEIA CAITLYN | $ 274.00 |
| 205 | PIXAN LLC | $ 260.00 |
| 206 | NEW WORLD CONDO | $ 221.00 |
| 207 | NEW WORLD CONDO | $ 236.00 |
| 208 | THOMAS PREAL | $ 260.00 |
| 209 | NEW WORLD CONDO | $ 260.00 |
| 210 | A DAMES HARRIS | $ 260.00 |
| 211 | PIXAN LLC | $ 260.00 |
|  |  | $ 7,058.00 |

| UNIT# | NAME | MAINT |
|---|---|---|
| 212 | MIDLAND MORTGAGE | $ 260.00 |
| 214 | SANDY GIVENS | $ 260.00 |
| 215 | MIDLAND MORTGAGE | $ 325.09 |
| 216 | MARILYN HERNANDEZ | $ 260.00 |
| 217 | NEW WORLD CONDO | $ 249.50 |
| 218 | GRACE THOMPSON | $ 354.00 |
| 219 | NARVAJA LLC | $ 354.00 |
| 220 | AMANDA MEGL | $ 221.00 |
| 221 | KENT LANDON | $ 260.00 |
| 222 | WILLIAM PUCKETT | $ 260.00 |
| 223 | ANTOINE DESILMOND | $ 303.00 |
| 224 | FREDERICK CLENDON | $ 260.00 |
| 225 | MRL FL INVESTMENTS | $ 221.00 |
| 226 | JOAO PEDRO SOBRINHO | $ 354.00 |
| 227 | DORIS GAYLE | $ 260.00 |
| 228 | ROY FRANCIS | $ 260.00 |
| 229 | LINDA GONZALEZ | $ 260.00 |
| 230 | WILDER AZOR | $ 354.00 |
| 231 | VALERIE FRANCIS | $ 299.00 |
| 232 | BERYL BROWN | $ 216.92 |
| 233 | MARIE BLEUS | $ 325.09 |
| 234 | DAVMAR BUILDING LLC | $ 260.00 |
| 235 | GGH45 LLC | $ 260.00 |
| 236 | JORGE BERDEAL | $ 260.00 |
| 237 | LORNA MOSES | $ 260.00 |
| 238 | PATRICK BRYANT | $ 260.00 |
| 239 | MERCEDES MONTERO | $ 260.00 |
|  |  | $ 7,476.60 |

| UNIT# | NAME | MAINT |
|---|---|---|
| 240 | J. Orellana/M. Raudales | $ 258.00 |
| 241 | Tamika C. Hall | $ 221.00 |
| 242 | Garfield Mignott | $ 260.00 |
| 243 | PARTNERS IN MOTION LLC | $ 288.00 |
| 244 | Lorna (T Caldwell) Lee | $ 354.00 |
| 245 | Eula Safford | $ 260.00 |
| 246 | Joseph L. Dumeus | $ 221.00 |
| | TOTALS | $ 1,862.00 |
| 90 | TOTALS | $ 24,262.52 |

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Maintenance pmts | 1510.00 | 1510.00 |
| | | |
| | | |
| | | |
| Deposited in savings | | |
| TOTAL OTHER RECEIPTS | 1510.00 | 1510.00 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

# NEW WORLD IV CONDOMINIUM ASSOCIATION, INC.
# INCOME & EXPENDITURE STATEMENT
### PROFIT & LOSS STATEMENT
### FEBRUARY 2016
## MONTH-TO-DATE

| INCOME | TOTALS |
|---|---|
| Opening Balance | $40,000.00 |
| Brought Forward | $0.00 |
| Transfer from Savings | |
| Crown Laundries Pmt | |
| Interest | |
| **TOTAL INCOME** | **$36,173.30** |

**EXPENSES**

| | |
|---|---|
| Bank Charges/Ret Ck | $0.00 |
| Management Fees | $900.00 |
| Bkcy Preparation | $0.00 |
| Maintenance & Cleaning | $210.00 |
| Postage and Printing | $0.00 |
| Electricity | $0.00 |
| Water and Sewer | $0.00 |
| Insurance | $0.00 |
| Waste Removal | $0.00 |
| Legal | $0.00 |
| Bulk Garbage Removal | $0.00 |
| Settlement | $0.00 |
| Lawn/tree trimming | $650.00 |
| Corporation Annual Report | $0.00 |
| Janitorial Supplies | $0.00 |
| Gate Repairs | $0.00 |
| Transfer to savings | $0.00 |
| Miscellaneous purchase | $0.00 |
| General Repairs | $580.00 |
| Roof Repairs | $0.00 |
| Plumbing Repairs | $0.00 |
| Electrical Repairs | $0.00 |
| Permits | $0.00 |
| Fire Extinguishers | $0.00 |
| **TOTAL EXPENSE** | **$2,340.00** |
| | |
| INCOME (LOSS) | $37,660.00 |

# NEW WORLD IV CONDOMINIUM ASSOCIATION, INC.
## INCOME & EXPENDITURE STATEMENT
### PROFIT & LOSS STATEMENT SAVINGS 6466746713
### FEBRUARY 22-29-2016

## MONTH-TO-DATE

| INCOME | TOTALS |
|---|---|
| Opening Balance | $21,510.06 |
| Brought Forward | $0.00 |
| Transfer from Savings | |
| Crown Laundries Pmt | |
| Interest | |
| TOTAL INCOME | $21,510.06 |

| EXPENSES | |
|---|---|
| Bank Charges/Ret Ck | $0.00 |
| Transfer to checking | $0.00 |
| TOTAL EXPENSE | $0.00 |

| INCOME (LOSS) | $21,510.06 |
|---|---|

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: New World Condominium  Case Number: 16-12401-RAM

Reporting Period beginning  2/22/16       Period ending  2/29/16

ACCOUNTS RECEIVABLE AT PETITION DATE:  259,216.11

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $ 283,478.63 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ 15,799.67 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 267,678.96 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ 8462.85 | $12,683.61 | $11,899.93 | $250,432.24 | $283,478.63 |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | Attached |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

MOR-4

| UNIT# | NAME | MAINT | PAST DUE | Status |
|---|---|---|---|---|
| 101 | JUNE INVESTMENTS | $ 221.00 | $ 1,025.94 | Payment Plan |
| 104 | COLLEEN DAMMAR DAVIS | $ 260.00 | $ 12,025.01 | Has payment plan with Association |
| 107 | GREGORY RAINES | $ 221.00 | $ 8,045.80 | In Collections but pays on past due monthly |
| 109 | IRENE ACOSTA | $ 260.00 | $ 12,428.02 | In Bankruptcy |
| 111 | GWEDOLYN GEORGE | $ 260.00 | $ 1,040.78 | On Payment Plan |
| 114 | ELAINE THOMPSON | $ 260.00 | $ 3,067.28 | Violations we cannot lien |
| 117 | ANDY AUGUSTE | $ 260.00 | $ 27,661.03 | Working on Short Sale |
| 118 | TREVOR RAWLINS | $ 354.00 | $ 4,171.93 | In Collections |
| 120 | MARTHA OROZCO BARROS | $ 221.00 | $ 33,524.87 | In Assoc. F/C |
| 121 | BERNARDO SOLARES | $ 260.00 | $ 1,717.13 | In Collections |
| 126 | KAREL GONZALEZ | $ 354.00 | $ 1,647.67 | In Collections |
| 131 | HILO HOLDINGS | $ 260.00 | $ 2,080.00 | In Collections |
| 136 | MAGALI DESINOR JAIII | $ 260.00 | $ 2,080.00 | Payment Plan |
| 137 | ANNETTE DANCE | $ 260.00 | $ 1,499.06 | Payment Plan |
| 146 | JULIA ALI JOHN | $ 221.00 | $ 17,780.13 | Assn F/C Filed Need to do cost deposit |
| 210 | A DAMES HARRIS | $ 260.00 | $ 6,427.25 | In Collections |
| 223 | ANTOINE DESILMOND | $ 303.00 | $ 4,241.00 | In F/C Process |
| 224 | FREDERICK CLENDON | $ 260.00 | $ 14,545.27 | In F/C Process |
| 226 | JOAO PEDRO SOBRINHO | $ 354.00 | $ 23,748.01 | Assn F/C Filed Atty awaiting Cost Deposit |
| 227 | DORIS GAYLE | $ 260.00 | $ 20,633.89 | Bankruptcy |
| 229 | LINDA GONZALEZ | $ 260.00 | $ 1,408.06 | In Collections |
| 230 | WILDER AZOR | $ 354.00 | $ 2,478.00 | Payment Plan |
| 231 | VALERIE FRANCIS | $ 299.00 | $ 897.00 | In Collections |
| 233 | MARIE BLEUS | $ 325.09 | $ 20,332.13 | Assn F/C Filed/Owner filed bankruptcy |
| 237 | LORNA MOSES | $ 260.00 | $ 1,454.04 | Payment Plan |
| 242 | Garfield Mignott | $ 260.00 | $ 2,340.00 | Payment Plan |
| 244 | Lorna (T Caldwell) Lee | $ 354.00 | $ 2,480.94 | In Collections |
| 246 | Joseph L. Dumeus | $ 221.00 | $ 19,652.00 | Assoc F/C Filed Payment Plan |
| | | | $ 250,432.24 | |

ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: New World Condominium ~~to IV Condominium~~    Case Number: 16-12401 - RAM

Reporting Period beginning 2/24/16    Period ending 2/29/2016

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 2/24/2016 | 15 | Marco Glass | Window Replacement | 575.60 |
| 2/28/16 | 16 | HianTech | Gate Repair | 560.00 |
| 2/28/16 | 14 | Jose blanc | roofing | 1325.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                      2460.60 (b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 4290.00 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 2460.60 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ 4410.60 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 4410.60 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |

TOTAL                                                      (d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

ATTACHMENT 3
INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: New World Condominium Apt IV  Case Number: 16-12401-RAM

Reporting Period beginning 2/22/2016    Period ending 2/29/2016

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:     $ _____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $ _____ (a)
    PLUS: Inventory Purchased During Month     $ _____
    MINUS: Inventory Used or Sold     $ _____
    PLUS/MINUS: Adjustments or Write-downs     $ _____ *
    Inventory on Hand at End of Month     $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| | Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|---|
| | _____ % | _____ % | _____ % | _____ % = | _____ 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ____N/A____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $ _____ (a)(b)
    MINUS: Depreciation Expense     $ _____
    PLUS: New Purchases     $ _____
    PLUS/MINUS: Adjustments or Write-downs     $ _____ *
Ending Monthly Balance     $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Condominium Assoc. Inc. *(New World Condominium Lyt EV)*    Case Number: 16-12401-RAM

Reporting Period beginning  02/22/16            Period ending  02/29/16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Wells Fargo          BRANCH: Washington Street

ACCOUNT NAME: New World Condo Ayt EV Condo Assoc In.   ACCOUNT NUMBER: 17640602399

PURPOSE OF ACCOUNT: _____ OPERATING _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 37,760.00 |
| Plus Total Amount of Outstanding Deposits | $ 1,510.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ 1,950.00  * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 37,320.00 **(a) |

*Debit cards are used by_____ NO

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| $ | Transferred to Payroll Account |
| $ | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: New World Condo Apts II Condo Assoc. Inc.   Case Number: 16-12401-RAM

Reporting Period beginning 2/22/16     Period ending 2/29/16

NAME OF BANK: Wells Fargo    BRANCH: Washington Street

ACCOUNT NAME: New World Condominium Apts. IV Condo Assoc.

ACCOUNT NUMBER: 1764602399

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2/26 | Stoner | Prestige | Pmt made for lawn Care | 200.00 |
| 2/26 | Stoner | Prestige | " " " Trees | 450.00 |
| 2/26 | Stoner | Marco Vans | Window Replacement | 580.00 |
| 2/26 | Stoner | Errol Murphy | Handrail | 210.00 |
| 2/26 | Stoner | SDS Sewer | Plumbing | 1950.00 |
| 2/26 | Stoner | Prestige | Mgmt | 900.00 |

TOTAL                                                                    $4290.00

Primary account number: **1764662399** ▪ February 26, 2016 - February 29, 2016 ▪ Page 2 of 5



## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---------|------|----------------|-------------------------------|-------------------------------|
| Wells Fargo Business Choice Checking | 2 | 1764662399 | 0.00 | 37,660.00 |
| Business Market Rate Savings | 3 | 6466746713 | 0.00 | 21,510.06 |
| | **Total deposit accounts** | | **$0.00** | **$59,170.06** |

## Wells Fargo Business Choice Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 2/26 | $0.00 |
| Deposits/Credits | 40,000.00 |
| Withdrawals/Debits | - 2,340.00 |
| **Ending balance on 2/29** | **$37,660.00** |
| Average ledger balance this period | $38,252.50 |

Account number: **1764662399**

N.W.C.A.IV CONDO. ASSOC. INC.

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 2/26 | | Checking Opening Deposit | 40,000.00 | | |
| 2/26 | | Deposited OR Cashed Check | | 200.00 | |
| 2/26 | | Deposited OR Cashed Check | | 450.00 | |
| 2/26 | | Deposited OR Cashed Check | | 900.00 | 38,450.00 |
| 2/29 | | Check | | 580.00 | |
| 2/29 | | Check | | 210.00 | 37,660.00 |
| **Ending balance on 2/29** | | | | | 37,660.00 |
| **Totals** | | | **$40,000.00** | **$2,340.00** | |



*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | 2/29 | 580.00 | | 2/29 | 210.00 | | 2/26 | 900.00 |
| | 2/26 | 200.00 | | 2/26 | 450.00 | | | |



Primary account number: **1764662399** ▨ February 26, 2016 - February 29, 2016 ▨ Page 3 of 5



## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/26/2016 - 02/29/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $38,253.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 7 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 2/26 | $0.00 |
| Deposits/Credits | 21,510.06 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 2/29** | **$21,510.06** |
| Average ledger balance this period | $21,510.00 |

Account number: **6466746713**

**N.W.C.A. IV CONDO. ASSOC. INC.**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):: 063107513

For Wire Transfers use
Routing Number (RTN):: 121000248

5B



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.06 |
| Average collected balance | $20,377.50 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.06 |
| Interest paid this year | $0.06 |
| Total interest paid in 2015 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 2/26 | Savings Deposit | 21,510.00 | | 21,510.00 |
| 2/29 | Interest Payment | 0.06 | | 21,510.06 |
| | Ending balance on 2/29 | | | 21,510.06 |
| **Totals** | | **$21,510.06** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/26/2016 - 02/29/2016 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Average collected balance | $500.00 | $20,378.00 ☑ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |
| YC/YC | | |



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 6 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



Primary account number: **1764662399**  February 26, 2016 - February 29, 2016  Page 5 of 5



## General statement policies for Wells Fargo Bank

 **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

### ADD

B. Any deposits listed in your             $ _____
   register or transfers into              $ _____
   your account which are not              $ _____
   shown on your statement.              + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

### CALCULATE THE SUBTOTAL
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

### SUBTRACT

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . .  - $ _____

### CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY** ~~Savings~~ **ACCOUNT**

Name of Debtor: New World Condominium     Case Number: 16-12401-RAM
Apt IV Condominium Assoc Inc
Reporting Period beginning 02/22/2016     Period ending 02/29/2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Wells Fargo     BRANCH: Washington Street

ACCOUNT NAME: New World Condo Apt IV ACCOUNT NUMBER: 6466746713
PURPOSE OF ACCOUNT: _____ Savings

| | |
|---|---|
| Ending Balance per Bank Statement | $ 21,510.00 |
| Plus Total Amount of Outstanding Deposits | $ — |
| Minus Total Amount of Outstanding Checks and other debits | $ — * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 21,510.00 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | N/A | | N/A |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | N/A | | N/A |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: New World Condominum Apts    Case Number: 16-12401-RAM
              IV Condominum Assoc. Inc

Reporting Period beginning 02/22/2016    Period ending 2/29/2016

NAME OF BANK: Wells Fargo    BRANCH: Washington Street

ACCOUNT NAME: New World Condominium Apts IV Condo. Assoc. Inc

ACCOUNT NUMBER: 6466746743

PURPOSE OF ACCOUNT: Savings

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | N/A | |
| | | | | N/A |
| | N/A | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    $

MOR-10

ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _____   Case Number: _____

Reporting Period beginning _____   Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Oustanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

*N/A*

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                      _____(a)
Sales & Use Taxes Paid                                  _____(b)
Other Taxes Paid                                        _____(c)
TOTAL                                                   _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

TOTAL   $ _____ (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation** _____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**   $ _____
(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                      $_____

ATTACHMENT 7

SUMMARY OF OFFICER OR OWNER COMPENSATION

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

## CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-16

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.