

ORDERED in the Southern District of Florida on March 23, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 16-12401-RAM

NEW WORLD CONDOMINIUM
APARTMENTS IV CONDOMINIUM
ASSOCIATION, INC.                                      Chapter 11

      Debtor.
_____/

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY THE LAW FIRM OF BRADLEY A. FRIEDMAN, P.A. AND BRADLEY FRIEDMAN (MEMBER OF THE FIRM) AS SPECIAL CONDOMINIUM, REAL ESTATE AND FORECLOSURE COUNSEL

This Cause came before the Court on March 22, 2016, upon Debtor's Application to Employ the law firm of Bradley A. Friedman, P.A. and Bradley Friedman, a member of the Firm, as special counsel to act as Debtor's condominium, real estate and foreclosure counsel [D.E. 16] and the Court having considered the Motion, and there being no opposition, it is

ORDERED as follows:

1. Debtor's Application to Employ the Law Firm of Bradley A. Friedman, P.A. and Bradley Friedman, Esq., a member of the firm, act as Debtor's condominium, real estate and foreclosure counsel is GRANTED.

2. The employment of Bradley A. Friedman, P.A. and the members and professional employees of said firm shall represent the Debtor as special condominium, real estate and foreclosure counsel, and compensation from the Debtor, itself, as opposed to fees paid in foreclosure or collection actions by the parties, shall be paid to Bradley A. Friedman, P.A. only upon further order of this Court.

####

Submitted by:

Jay M. Gamberg, Esq.
Attorneys for Debtor
Gamberg & Abrams
4651 Sheridan Street, Suite 200
Hollywood, FL 33021
Telephone:    (954) 981-4411
Facsimile:    (954) 966-6259
E-mail:   jaygamberg@gamberglaw.com

Copies Furnished to:

Jay M. Gamberg, Esq. shall serve a copy of the foregoing upon all interested parties.

2