

ORDERED in the Southern District of Florida on March 23, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-12401-RAM |
| NEW WORLD CONDOMINIUM APARTMENTS IV CONDOMINIUM ASSOCIATION, INC., | Chapter 11 |
| Debtor. _____/ | |

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FINALIZE INSURANCE REQUIREMENTS

**THIS CAUSE** having come before the Court on March 22, 2016, upon the Debtor's Motion for an Extension of Time to Finalize Insurance Requirements, and the Court having considered the Motion and no opposition having been filed, it is

**ORDERED,** that the Debtor's time to finalize insurance requirements be and it hereby is extended to March 31, 2016.

###

**Submitted by:**

GAMBERG & ABRAMS

Jay M. Gamberg, Esq.
Fla. Bar No. 178235

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the Court a certificate of service confirming with Local Rule 2002-1(F).

U.S. Trustee
All creditors and interested parties.