**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

In re:                                                                    Case No. 16-12401-RAM

**NEW WORLD CONDOMINIUM APARTMENTS**                 Chapter 11
**IV CONDOMINIUM ASSOCIATION, INC.,**

                            **Debtor.**

_____/

**NOTICE OF FILING MONTHLY OPERATING REPORT**
**PERIOD OF 03/01/16 TO 03/31/2016**

        New World Condominium Apartments IV Condominium Association, Inc., Debtor and Debtor in

Possession, by and through undersigned counsel, hereby files its Monthly Operating Report for the

period of March 1, 2016 through March 31, 2016.

                                        GAMBERG & ABRAMS
                                        4651 Sheridan Street
                                        Suite 200
                                        Hollywood, FL 33021
                                        Telephone : (954) 981-4411
                                        Facsimile: (954) 966-6259


                                        By:_____
                                            JAY M.  GAMBERG
                                            Fla.  Bar No.  178235
                                            Jaygamberg@gamberglaw.com;
                                            Lbernstein@gamberglaw.com;

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN RE: New World
Condominium Apts IV
Condo Assoc. Inc

DEBTOR.

CASE NUMBER

16-12401 - RAM

JUDGE Robert A. Mark

CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 03 04 16 TO 03 31 2016

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


Attorney for Debtor's Signature
Jay M. Gamberg

Debtor's Address
and Phone Number:

505 NW 177 St.

Miami, Fl 33169

Contact: William Puckett

(305) 502·6811

Attorney's Address
and Phone Number:

**GAMBERG & ABRAMS**
**4651 SHERIDAN STREET**
**SUITE 200**
**HOLLYWOOD, FLORIDA 33021**

954-981- 4411

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING 3/1/16 AND ENDING 3/31/16

Name of Debtor: New World Condo Apt IV     Case Number 16-12401-RAM
Date of Petition: _____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 37660.00 (a) | 40,000.00 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 5783.02 | 14,245.87 |
| C. Other Receipts *(See MOR-3)* | 22851.36 | 22851.36 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 28,134.38 | 37099.23 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 66,294.38 | 77097.23 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 182.56 | 182.56 |
| C. Contract Labor | 840.00 | 1700.00 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 2624.60 | 2624.60 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | 900.00 * | 1800.00 |
| L. Rent | | |
| M. Repairs & Maintenance | 3679.52 | 4259.52 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 9273.13 | 9273.13 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | 20,025.00 | 20,025.00 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 37,524.81 | 39,864.81 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 28,769.57 (c) | 37232.42 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 15 day of April, 2016     _____
                                        (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

* Property manager.

MOR-2

| UNIT# | NAME | MAINT |
|---|---|---|
| 101 | JUNE INVESTMENTS | $ 221.00 |
| 102 | SANTA BARBARA LLC | $ 260.00 |
| 103 | ERVIC LLC | $ 354.00 |
| 104 | COLLEEN DAMMAR DAVIS | $ 260.00 |
| 105 | TRINITY FINANCIAL | $ 260.00 |
| 106 | NEW WORLD CONDO | $ 221.00 |
| 107 | GREGORY RAINES | $ 221.00 |
| 108 | JAMES SIMPSON | $ 260.00 |
| 109 | IRENE ACOSTA | $ 260.00 |
| 110 | RUTH HERNANDEZ | $ 260.00 |
| 111 | GWEDOLYN GEORGE | $ 260.00 |
| 112 | ZELPHIA MORALES | $ 216.92 |
| 114 | ELAINE THOMPSON | $ 260.00 |
| 115 | LEIA CAITLYN | $ 354.00 |
| 116 | DANIA OCASIO | $ 260.00 |
| 117 | ANDY AUGUSTE | $ 260.00 |
| 118 | TREVOR RAWLINS | $ 354.00 |
| 119 | IMMACULA MOHAMED | $ 354.00 |
| 120 | MARTHA OROZCO BARROS | $ 221.00 |
| 121 | BERNARDO SOLARES | $ 260.00 |
| 122 | JUAN CARLOS PARRA | $ 260.00 |
| 123 | JUAN CARLOS PARRA | $ 260.00 |
| 124 | P&G FLORIDA GROUP | $ 260.00 |
| 125 | RAMICAL PROPERTIES LLC | $ 260.00 |
| 126 | KAREL GONZALEZ | $ 221.00 |
| 127 | GTEM HOLDINGS LLC | $ 354.00 |
| 128 | JIMMY VACAS | $ 260.00 |
| 129 | RUSOL & CO | $ 260.00 |
| 130 | LAWRENCER ENTERPRISE | $ 354.00 |
| | | $ 7,865.92 |

| UNIT# | NAME | MAINT |
|---|---|---|
| 131 | HILO HOLDINGS | $ 260.00 |
| 132 | MERCEDES MONTERO | $ 260.00 |
| 133 | DESLYN BUCHANAN | $ 354.00 |
| 134 | RAMICAL PROPERTIES LLC | $ 260.00 |
| 135 | JUAN CARLOS PARRA | $ 260.00 |
| 136 | MAGALI DESINOR JALIL | $ 260.00 |
| 137 | ANNETTE DANCE | $ 260.00 |
| 138 | AHMED ELFEKI | $ 260.00 |
| 139 | JEBEL FLORIDA HOLDINGS # | $ 260.00 |
| 140 | LURLINE HARRIS | $ 221.00 |
| 141 | SONIA GUTHRIE | $ 221.00 |
| 142 | JEFFREY SCOTT | $ 260.00 |
| 143 | JUAN CARLOS PARRA | $ 260.00 |
| 144 | DWAYNE SMITH | $ 354.00 |
| 145 | JUAN CARLOS PARRA | $ 221.00 |
| 146 | JULIA ALI JOHN | $ 221.00 |
| 201 | PERCIVAL SIMPSON | $ 221.00 |
| 202 | PIXAN LLC | $ 260.00 |
| 203 | NEW WORLD CONDO | $ 354.00 |
| 204 | LEIA CAITLYN | $ 274.00 |
| 205 | PIXAN LLC | $ 260.00 |
| 206 | NEW WORLD CONDO | $ 221.00 |
| 207 | NEW WORLD CONDO | $ 236.00 |
| 208 | THOMAS PREAL | $ 260.00 |
| 209 | NEW WORLD CONDO | $ 260.00 |
| 210 | A DAMES HARRIS | $ 260.00 |
| 211 | PIXAN LLC | $ 260.00 |
| | | $ 7,058.00 |

| MAINT |
| --- |
| $ 260.00 |
| $ 260.00 |
| $ 325.09 |
| $ 260.00 |
| $ 249.50 |
| $ 354.00 |
| $ 354.00 |
| $ 221.00 |
| $ 260.00 |
| $ 260.00 |
| $ 303.00 |
| $ 260.00 |
| $ 221.00 |
| $ 354.00 |
| $ 260.00 |
| $ 260.00 |
| $ 354.00 |
| $ 260.00 |
| $ 299.00 |
| $ 216.92 |
| $ 325.09 |
| $ 260.00 |
| $ 260.00 |
| $ 260.00 |
| $ 260.00 |
| $ 260.00 |
| $ 260.00 |
| $ 7,476.60 |

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Laundromat Income | 18479.50 | 18,479.50 |
| Deposit Correction Check Wells Fargo | 4144.90 | 4144.90 |
| Laundry Income | 226.96 | 226.96 |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 22851.36 | 22851.36 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transferred to Savings | 20,025.00 | 20,025.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 20,025.00 | 20,025.00 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

# NEW WORLD IV CONDOMINIUM ASSOCIATION, INC.
## INCOME & EXPENDITURE STATEMENT
### PROFIT & LOSS STATEMENT OPERATING 1764662399
### MARCH 01-31-2016

## MONTH-TO-DATE

| INCOME | TOTALS |
|---|---|
| Maintenance Pmts | $18,479.50 |
| Brought Forward | $37,660.00 |
| Close Acct Correction | $4,144.90 |
| Crown Laundries Pmt | $226.96 |
| Interest | |
| **TOTAL INCOME** | **$60,511.36** |

### EXPENSES

| | |
|---|---|
| Bank Charges/CK Purchase | $182.56 |
| Management Fees | $900.00 |
| Bkcy Preparation | $0.00 |
| Maintenance & Cleaning | $840.00 |
| Postage and Printing | $0.00 |
| Electricity | $1,273.13 |
| Water and Sewer | $8,000.00 |
| Insurance | $2,624.60 |
| Waste Removal | $903.92 |
| Legal | $0.00 |
| Bulk Garbage Removal | $200.00 |
| Settlement | $0.00 |
| Lawn/tree trimming | $0.00 |
| Corporation Annual Report | $0.00 |
| Janitorial Supplies | $0.00 |
| Gate Repairs | $0.00 |
| Transfer to savings | $20,025.00 |
| Miscellaneous purchase | $0.00 |
| General Repairs | $575.60 |
| Roof Repairs | $0.00 |
| Plumbing Repairs | $1,950.00 |
| Electrical Repairs | $0.00 |
| Permits | $0.00 |
| Locksmith | $50.00 |
| **TOTAL EXPENSE** | **$37,524.81** |
| | |
| **INCOME (LOSS)** | **$22,986.55** |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: New World Condo Apts IV Condo Assoc. Inc   Case Number: 16-12401-RAM

Reporting Period beginning 03/01/16   Period ending 03/31/16

ACCOUNTS RECEIVABLE AT PETITION DATE: 259,216.11

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $291,741.48 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $18,479.50 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $20,332.13 | * |
| End of Month Balance | $253,129.85 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $5783.02 | $6785.51 | $8214.59 | $232,346.73 | $253,129.85 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | Attached |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

MOR-4

| | NAME | MAINT | PAST DUE | Status |
|---|---|---|---|---|
| 101 | JUNE INVESTMENTS | $ 221.00 | $ 841.44 | Payment Plan |
| 104 | COLLEEN DAMMAR DAVIS | $ 260.00 | $ 12,025.01 | Has payment plan with Association |
| 107 | GREGORY RAINES | $ 221.00 | $ 8,005.80 | In Collections but pays on past due monthly |
| 109 | IRENE ACOSTA | $ 260.00 | $ 12,515.70 | In Bankruptcy |
| 111 | GWEDOLYN GEORGE | $ 260.00 | $ 840.78 | On Payment Plan |
| 114 | ELAINE THOMPSON | $ 260.00 | $ 3,067.28 | Violations we cannot lien |
| 117 | ANDY AUGUSTE | $ 260.00 | $ 27,921.03 | Working on Short Sale |
| 118 | TREVOR RAWLINS | $ 354.00 | $ 4,525.93 | In Collections |
| 120 | MARTHA OROZCO BARROS | $ 221.00 | $ 33,745.87 | In Assoc. F/C |
| 121 | BERNARDO SOLARES | $ 260.00 | $ 1,717.13 | In Collections |
| 126 | KAREL GONZALEZ | $ 354.00 | $ 1,647.67 | In Collections |
| 131 | HILO HOLDINGS | $ 260.00 | $ 2,340.00 | In Collections |
| 136 | MAGALI DESINOR JALIL | $ 260.00 | $ 1,611.40 | Payment Plan |
| 137 | ANNETTE DANCE | $ 260.00 | $ 1,499.06 | Payment Plan |
| 146 | JULIA AU JOHN | $ 221.00 | $ 18,001.13 | Assn F/C Filed |
| 210 | A DAMES HARRIS | $ 260.00 | $ 6,687.25 | In Collections |
| 223 | ANTOINE DESILMOND | $ 303.00 | $ 4,544.00 | In F/C Process |
| 224 | FREDERICK CLENDON | $ 260.00 | $ 14,805.27 | In F/C Process |
| 226 | JOAO PEDRO SOBRINHO | $ 354.00 | $ 24,102.01 | Assn F/C Filed |
| 227 | DORIS GAYLE | $ 260.00 | $ 20,893.89 | Bankruptcy |
| 229 | LINDA GONZALEZ | $ 260.00 | $ 1,408.06 | In Collections |
| 230 | WILDER AZOR | $ 354.00 | $ 2,478.00 | Payment Plan |
| 231 | VALERIE FRANCIS | $ 299.00 | $ 1,196.04 | In Collections |
| 237 | LORNA MOSES | $ 260.00 | $ 1,454.04 | Payment Plan |
| 242 | Garfield Mignott | $ 260.00 | $ 2,340.00 | Payment Plan |
| 244 | Lorna ('l' Caldwell) Lee | $ 354.00 | $ 2,480.94 | In Collections |
| 246 | Joseph L. Dumeus | $ 221.00 | $ 19,652.00 | Assoc F/C Filed Payment Plan |
| | | | $ 232,346.73 | |

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: New World Condominium Apt IV Condominium Assoc. Inc Case Number: 16-12401-RAM

Reporting Period beginning 03/01/16          Period ending 03/31/16

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 3/12/16 | 30 | High Tech | Dade Ryman | 85.00 |
| 3/24/16 | 21 | Marco Mas | Glass Repair | 590.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                 675.00 (b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 2460.60 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 1984 5.41 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ 19009.81 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 835.60 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| N/A | | N/A | | N/A |
| | | | | |
| | | | | |

TOTAL                                                    (d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:     $ _____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $ _____ (a)
       PLUS: Inventory Purchased During Month     $ _____
    MINUS: Inventory Used or Sold     $ _____
    PLUS/MINUS: Adjustments or Write-downs     $ _____ *
    Inventory on Hand at End of Month     $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % = | _____ 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $ _____ (a)(b)
    MINUS: Depreciation Expense     $ _____
    PLUS: New Purchases     $ _____
    PLUS/MINUS: Adjustments or Write-downs     $ _____ *
Ending Monthly Balance     $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-6

ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: New World Condominium IV Case Number: 16-12401-RAM

Reporting Period beginning 03/01/16          Period ending 03/31/16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Wells Fargo          BRANCH: Washington Street

ACCOUNT NAME: New World Condominium IV Condominium Apt Inc     ACCOUNT NUMBER: 176466 2399

PURPOSE OF ACCOUNT:       OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $22,986.55 | |
| Plus Total Amount of Outstanding Deposits | $ 0 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 1300.00 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $21,686.55 | **(a) |

*Debit cards are used by _____ none _____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | N/A | N/A | N/A | |
| | | | | |
| | | | | |

TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7



N.W.C.A.IV CONDO. ASSOC. INC.
DEBTOR IN POSSESSION
CH.11 CASE#16-12401 (SFL)
18441 NW 2ND AVE STE 505
MIAMI GARDENS FL 33169-4562

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Cash flow is one of the most critical components of success for a small or
mid-sized business. Achieving a positive cash flow does not come by chance.
Learn more about managing cash flow by visiting wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We
may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one
another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of
the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate
or compounding frequency.



## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Business Choice Checking | 2 | 1764662399 | 37,660.00 | 22,986.55 |
| Business Market Rate Savings | 4 | 6466746713 | 21,510.06 | 41,536.01 |
| | **Total deposit accounts** | | **$59,170.06** | **$64,522.56** |

## Wells Fargo Business Choice Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $37,660.00 |
| Deposits/Credits | 22,851.36 |
| Withdrawals/Debits | - 37,524.81 |
| **Ending balance on 3/31** | **$22,986.55** |
| Average ledger balance this period | $34,046.92 |

Account number: **1764662399**

**N.W.C.A.IV CONDO. ASSOC. INC.**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-12401 (SFL)**

Florida account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Deposited OR Cashed Check | | 1,950.00 | 35,710.00 |
| 3/3 | | Deposit Made In A Branch/Store | 256.96 | | |
| 3/3 | | Edeposit IN Branch/Store 03/03/16 11:26:23 Am 800 N Miami Beach Blvd North Miami Beach FL 2399 | 4,990.42 | | |
| 3/5 | | Deposit Made In A Branch/Store | 4,144.90 | | 45,102.28 |
| 3/7 | | Check | | 210.00 | 44,892.28 |
| 3/8 | | Deposit Made In A Branch/Store | 6,814.26 | | |
| 3/8 | | Online Transfer to New World Condominium AP Ref #Ibev27S7Vj Business Market Rate Savinaccount Correction | | 20,000.00 | 31,706.54 |
| 3/10 | | Recurring Transfer to New World Condominium Business Market Rate Savings Ref #Open855Kd4 xxxxxx6713 | | 25.00 | 31,681.54 |
| 3/11 | 1001 | Check | | 210.00 | 31,471.54 |
| 3/14 | 1002 | Cashed Check | | 120.00 | 31,351.54 |
| 3/15 | | Deposit Made In A Branch/Store | 4,009.00 | | |
| 3/15 | | Harland Clarke Check/Acc. 031416 00664717575482 New World Condo. Apts. | | 182.56 | 35,177.98 |
| 3/16 | | Fpl Direct Debit Elec Pymt 03/16 7740238428 Telv New World Homes of Dad | | 68.94 | |
| 3/16 | | Fpl Direct Debit Elec Pymt 03/16 6688537429 Telv New World Homes of Dad | | 82.17 | |

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 3/16 | | Fpl Direct Debit Elec Pymt 03/16 3230128468 Telv New World Homes of Dad | | 92.55 | |
| 3/16 | | Fpl Direct Debit Elec Pymt 03/16 5077780145 Telv New World Homes of Dad | | 110.49 | |
| 3/16 | | Fpl Direct Debit Elec Pymt 03/16 6398196235 Telv New World Homes of Dad | | 918.98 | 33,904.85 |
| 3/18 | 1006 | Check | | 210.00 | 33,694.85 |
| 3/21 | 1008 | Check | | 575.60 | 33,119.25 |
| 3/24 | | Deposit Made In A Branch/Store | 1,450.32 | | 34,569.57 |
| 3/28 | 1011 | Cashed Check | | 80.00 | |
| 3/28 | 1016 | Deposited OR Cashed Check | | 50.00 | |
| 3/28 | 1014 | Deposited OR Cashed Check | | 900.00 | |
| 3/28 | 1004 | Deposited OR Cashed Check | | 1,209.00 | |
| 3/28 | 1012 | Check | | 210.00 | |
| 3/28 | 1005 | Check | | 8,000.00 | 24,120.57 |
| 3/30 | | Deposit Made In A Branch/Store | 1,185.50 | | |
| 3/30 | | Waste Services Online Pay 033016 0084-066530 New World Condominium | | 903.92 | |
| 3/30 | | Ibex Financial ACH Pmnts 1073-723023 New World Condominium | | 1,415.60 | 22,986.55 |
| Ending balance on 3/31 | | | | | 22,986.55 |
| **Totals** | | | **$22,851.36** | **$37,524.81** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | 3/2 | 1,950.00 | 1004 * | 3/28 | 1,209.00 | 1011 * | 3/28 | 80.00 |
| | 3/7 | 210.00 | 1005 | 3/28 | 8,000.00 | 1012 | 3/28 | 210.00 |
| 1001 | 3/11 | 210.00 | 1006 | 3/18 | 210.00 | 1014 * | 3/28 | 900.00 |
| 1002 | 3/14 | 120.00 | 1008 * | 3/21 | 575.60 | 1016 * | 3/28 | 50.00 |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2016 - 03/31/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following account requirements: | Minimum required | This fee period |
|---|---|---|
| · Average ledger balance | $7,500.00 | $34,047.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: New World Condominium Apts IV Condo Assoc. Inc    Case Number: 16-12401-RAM

Reporting Period beginning 03/01/16    Period ending 03/31/16

NAME OF BANK: Wells Fargo    BRANCH: Washington Street

ACCOUNT NAME: New World Condominium Apt IV Condo Assoc. Inc

ACCOUNT NUMBER: 1764 663399

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Attached | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    $ 

MOR-8

Mar-16

| | Ck# | Vendor | | Amt Paid | PURPOSE |
|---|---|---|---|---|---|
| | Debit | Florida Power & Light | $ | 1,273.13 | Electricity |
| | Debit | Flatiron/Ibex | $ | 1,415.60 | Property Insurance |
| | Debit | Wells Fargo | $ | 182.56 | Check Purchase |
| | Debit | Transfer to Savings | $ | 20,025.00 | Transfer |
| 2-Mar | Starter ck | SDS Sewer & Drain | $ | 1,950.00 | Plumbing |
| 7-Mar | Starter ck | Errol Murphy | $ | 210.00 | Maintenance |
| 11-Mar | 1001 | Errol Murphy | $ | 210.00 | Maintenance |
| 11-Mar | 1002 | Nurval Williams | $ | 120.00 | Bulk Garbage |
| 11-Mar | 1003 | Medlin Burton | $ | 40.00 | Bulk Garbage |
| 11-Mar | 1004 | Avante Insurance | $ | 1,209.00 | Liability Insurance |
| 15-Mar | 1005 | City Of North Miami | $ | 8,000.00 | Water & Sewer |
| 17-Mar | 1006 | Errol Murphy | $ | 210.00 | Maintenance |
| 17-Mar | 1007 | High Tech Access | $ | 350.00 | Gate Repair |
| 21-Mar | 1008 | Marco Glass | $ | 575.60 | Glass Repair |
| | 1009 | VOID | $ | - | |
| 25-Mar | 1010 | Errol Murphy | $ | 210.00 | Maintenance |
| 25-Mar | 1011 | Nurval Williams | $ | 80.00 | Bulk Garbage |
| 25-Mar | 1012 | Errol Murphy | $ | 210.00 | Maintenance |
| 25-Mar | 1013 | Progressive Waste | $ | 903.92 | Garbage collection |
| 25-Mar | 1014 | Prestige Management | $ | 900.00 | Management Fees |
| 25-Mar | 1015 | Jose Blanco | $ | 700.00 | Roof Repair |
| 25-Mar | 1016 | Prestige Management | $ | 50.00 | Locksmith payment Refund |
| 30-Mar | 1017 | Errol Murphy | $ | 210.00 | Maintenance |
| | **TOTAL DISBURSEMENTS** | | $ | **39,034.81** | |

**ATTACHMENT 4B**

Savings

**MONTHLY SUMMARY OF BANK ACTIVITY - ~~PAYROLL~~ ACCOUNT**

Name of Debtor: New World Condominium Apts IV Condominium Assoc. Inc   Case Number: 16-12401-RAM

Reporting Period beginning 03/01/16          Period ending 03/31/16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Wells Fargo          BRANCH: Washington Street

ACCOUNT NAME: New World Condominium Apts ~~IV Condo Assoc Is~~ ACCOUNT NUMBER: 6466746713

PURPOSE OF ACCOUNT: _____ ~~PAYROLL~~ Savings

|  |  |
|---|---|
| Ending Balance per Bank Statement | $ 41,536.01 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 41,536.01 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|  |  | N/A |  | N/A |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|  |  | N/A | N/A | N/A |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B
CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                             $_____

MOR-10

Primary account number: **1764662399**  ■ March 1, 2016 - March 31, 2016  ■ Page 4 of 6



---

*Monthly service fee summary (continued)*

How to avoid the monthly service fee                     Minimum required        This fee period

- Most recent statement balance of Wells Fargo business credit cards, Wells Fargo
  Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small
  Business Advantage® line of credit , Working Capital Line of Credit, Advancing
  Term Line of Credit, and BusinessLoan® term loan
- Combined average daily balances from the previous month for Wells Fargo
  Business PrimeLoan™, Commercial Equity Loan, Commercial Refinance Loan,
  Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business
  Advantage® loan, Equipment Express® loan, and Equipment Express® Single
  Event loan

wxwx

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 94 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

# IMPORTANT ACCOUNT INFORMATION

Overdraft Fee Waiver Clarification: We will waive any overdraft fees if both your ending daily account balance (posted balance) and
your available balance (which includes pending transactions) are overdrawn by $5 or less and there are no items returned for
insufficient funds at the end of our nightly processing. This fee waiver is associated with the total overdrawn balance, not the dollar
size of the transaction(s) contributing to the overdrawn balance. To find out more about online banking tools that Wells Fargo offers to
help you manage and track your spending, visit wellsfargo.com/biz/online_banking. For additional information, see your Account
Agreement, speak with a local banker, or call the phone number on the top of your statement.

---

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $21,510.06 |
| Deposits/Credits | 20,025.95 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$41,536.01** |
| | |
| Average ledger balance this period | $37,011.67 |

Account number: **6466746713**

N.W.C.A.IV CONDO. ASSOC. INC.
DEBTOR IN POSSESSION
CH.11 CASE#16-12401 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

Annual percentage yield earned

| | |
|---|---|
| Interest earned this statement period | $0.95 |
| Interest paid this year | $1.01 |
| Total interest paid in 2015 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/8 | Online Transfer From New World Condominium Ref #Ibev27S7Vj Business Checking Account Correction | 20,000.00 | | 41,510.06 |
| 3/10 | Recurring Transfer From New World Condomini Business Checking Ref #Open855Kd4 xxxxxx2399 | 25.00 | | 41,535.06 |
| 3/31 | Interest Payment | 0.95 | | 41,536.01 |
| | Ending balance on 3/31 | | | 41,536.01 |
| Totals | | $20,025.95 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2016 - 03/31/2016 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $37,012.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $25.00 ☑ |
| YC/YC | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Total service charges | | | | | $0.00 |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# NEW WORLD IV CONDOMINIUM ASSOCIATION, INC.
## INCOME & EXPENDITURE STATEMENT
PROFIT & LOSS STATEMENT SAVINGS 6466746713

MARCH 01-31-2016

### MONTH-TO-DATE

| INCOME | TOTALS |
|---|---|
| Opening Balance | $21,510.06 |
| Brought Forward | $0.00 |
| Transfer from Checking | $20,025.00 |
| Interest | $ 0.95 |
| **TOTAL INCOME** | **$41,536.01** |

### EXPENSES

| | |
|---|---|
| Bank Charges/Ret Ck | $0.00 |
| Transfer to checking | $0.00 |
| **TOTAL EXPENSE** | **$0.00** |

| | |
|---|---|
| INCOME (LOSS) | $41,536.01 |