UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                           CASE NO.: 16-12401-RAM
                                                      CHAPTER 11

**New World Condominium Apartments**
**IV Condominium Association Inc.,**

       **Debtor.**
_____/

### RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY SUBJECT TO ALL LIENS AND ENCUMBRANCES

COMES NOW, Ocwen Loan Servicing, LLC ("Secured Creditor"), by and through the undersigned counsel, and files its Response to Debtor's Motion to Sell Real Property Subject to All Liens and Encumbrances, and, in support thereof, states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 22, 2016.

2. Secured Creditor holds a first lien on the subject property located at 505 NW 177 Street, #209, Miami, FL 33169, by virtue of mortgage recorded on October 10, 2001 in Book 19949 at Page 794 in the Public Records of Miami-Dade County, Florida. The mortgage is secured by a promissory note in the original principal amount of $39,400.00.

3. The estimated payoff of Secured Creditor's lien is $51,100.56 as of the filing of this response.

4. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will remain intact following said sale.

5. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent its consent and payment in full of Secured Creditor's mortgage lien or liens on the real property, and absent a full payoff, any such sale remains subject to its lien.

WHEREFORE, Secured Creditor requests that the court enter an Order Granting the Debtor's Motion subject to the above conditions and for such other and further relief and is just and proper.

>Robertson, Anschutz & Schneid, P.L.
>Authorized Agent for Secured Creditor
>6409 Congress Ave., Suite 100
>Boca Raton, FL 33487
>Telephone: 561-241-6901
>Facsimile: 561-997-6909.
>
>By: /s/ Christopher P. Salamone, Esq.
>Christopher P. Salamone, Esquire
>Florida Bar Number: 75951
>Email: csalamone@rasflaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 20, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**New World Condominium Apartments IV Condominium Association INC.**
New World Condominium Apts. IV
c/o Prestige Management Solutions
160 NW 176 St., Suite 300
Miami, FL 33169

**Thomas L. Abrams, Esq**
1776 N Pine Island Rd #215
Plantation, FL 33322

**Jay M Gamberg, Esq**
4651 Sheridan Street, Suite 200
Hollywood, FL 33021

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Christopher P. Salamone, Esq.
Christopher P. Salamone, Esquire
Florida Bar Number: 75951
Email: csalamone@rasflaw.com